UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20497-CR-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHAROD WILLIAM HOLLIE,

    Defendant.
                                      /

## UNOPPOSED MOTION FOR COMPETENCY DETERMINATION PURSUANT TO 18 U.S.C. §§ 4241 and 4247

Counsel for Sharod Hollie respectfully moves, pursuant to 18 U.S.C. §§ 4241 and 4247, for the Court to hold a competency hearing for Mr. Hollie, on the grounds that counsel has a reasonable belief that Mr. Perez Leyva is not competent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

In the course of her representation, undersigned counsel has met with Mr. Hollie numerous times since being assigned his case in October of 2019. From the onset, counsel has had concerns regarding Mr. Hollie's mental illness and his competence to stand trial. Counsel obtained records from Mr. Hollie's previous state case, which included seven years of competency evaluations and proceedings. Counsel has attempted to have substantive conversations with Mr. Hollie regarding his case, the sentencing guidelines, and the process of going to trial or taking a plea. Counsel

has a reasonable belief that Mr. Hollie is not able to comprehend the substance of these discussions. Mr. Hollie has been unable to assist counsel in preparation for trial, and counsel does not believe that he has the ability to testify relevantly.

At the request of undersigned counsel, Dr. Andrew Klein, Ph.D., evaluated Mr. Hollie at the Federal Detention Center. Dr. Klein formed the opinion that Mr. Hollie is not competent to proceed. A report on that evaluation is forthcoming.

At this time, counsel is requesting that the Court hold a hearing to determine Mr. Hollie's competency to proceed. Pursuant to 18 U.S.C. § 4241(b), the Court may determine to order an additional psychological examination, pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).

Undersigned counsel has contacted Special Assistant United States Attorney Leila Babaeva, who has no objection to the request for a competency determination.

**WHEREFORE**, undersigned counsel requests that this Court conduct a hearing, pursuant to 18 U.S.C. §§ 4241 and 4247, to determine whether Mr. Hollie is competent to stand trial.

Respectfully submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By:  /s/ *Lauren Field Krasnoff*
Lauren Field Krasnoff
Assistant Federal Public Defender
Florida Bar No.: 86951
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4255
Fax: (305) 536-4559
E-mail: lauren_krasnoff@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on December 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.



/s/ *Lauren Field Krasnoff*