**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-20497-CR-GAYLES**

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

vs.

**SHAROD WILLIAM HOLLIE,**
      **Defendant.**
                                                          /

## JOINT STIPULATION AND RECOMMENDATION

The Defendant, Sharod Hollie, through undersigned counsel, and the United States, through the undersigned Assistant United States Attorney, enter the following joint stipulation and recommendation regarding Mr. Hollie's competency to proceed:

1. On July 13, 2020, after conducting a hearing pursuant to 18 U.S.C. § 4241(c) and (d), this Court deemed the Defendant incompetent to proceed insofar as he suffered from mental disease or defect, as a result of which he is unable to understand the nature and consequences of the legal proceedings pending against him and is unable to assist counsel in his own defense.

2. The Defendant was committed to the custody of the Attorney General of the United States for the purpose of determining whether there is a substantial probability that in the future, he would attain the capacity to permit the proceedings to go forward.

3. The Defendant was designated to the Federal Medical Center in Butner, North Carolina, where a Treatment Team evaluated him from October 29, 2020 through February 25, 2021. Dr. Brianna Grover, Psy.D, authored a Forensic Evaluation Report, based on this evaluation period, which was provided to the Court and counsel. *See* Exhibit A, filed under seal.

4. The parties stipulate that if Dr. Grover testified at a hearing, she would testify consistently with the findings in her report.

5. The parties stipulate to the report's findings and recommendations. Specifically, the parties stipulate that Mr. Hollie continues to suffer from a mental disease or defect which renders him not competent to stand trial.

6. The parties jointly recommend that this Court allow an additional 120-day evaluation period to determine whether Mr. Hollie has been restored to competence.

7. The parties jointly recommend that this Court order the Bureau of Prisons to provide a written report of this additional evaluation period within 14 working days of the end of the evaluation period.

8. The parties jointly recommend that this Court order that should Mr. Hollie become competent prior to the end of the evaluation period, the Bureau of Prisons shall provide a written report at that time.

The parties jointly request that the Court issue an order consistent with these stipulations and recommendations.

**Respectfully submitted,**

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By: */s/ Lauren Field Krasnoff*
Lauren Field Krasnoff
Assistant Federal Public Defender
Florida Bar No.: 86951
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4255
lauren_krasnoff@fd.org

**JUAN ANTONIO GONZALEZ**
**ACTING UNITED STATES ATTORNEY**

By: */s/ Bertila L. Fernandez*
Bertila L. Fernandez
Assistant United States Attorney
Florida Bar No. 124092
99 Northeast 4th Street
Miami, Florida 33132
Tel: (305) 961-9099
bertila.fernandez@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on **March 20, 2021**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ **Lauren Field Krasnoff***