UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20497-CR-GAYLES

UNITED STATES OF AMERICA

v.

SHAROD WILLIAM HOLLIE,

        Defendant.
_____/

## GOVERNMENT'S PROPOSED SPECIAL VOIR DIRE INQUIRY

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, the United States requests that, in addition to the standard questions to be propounded by the Court, the following voir dire questions be posed to potential jurors during the jury selection process. It is further requested that the parties be allowed to propose such additional voir dire questions as may become appropriate based upon voir dire examination of potential jurors.

1. **BIAS AND GENERAL BACKGROUND QUESTIONS**

    a. Have you ever been a witness in a criminal case? If yes, what was the scope of your testimony?

    b. Has anyone ever served as a juror in a criminal or civil case—or as a member of a grand jury? If yes:

        i. When did you serve?

       ii. Was your service in state court or federal court?

      iii. Were you a member of a grand jury or a trial jury?

      iv. Was it a criminal or civil case?

       v. Did you ever serve as the jury "foreperson?"

      vi. Without stating the result, did you reach a verdict?

      vii. Will your prior experience as a juror influence your opinion of this case in any way?

c. Have you or a family member ever had legal training or worked for a lawyer or law firm? If yes, please tell us about that training or employment.

d. The law requires that you base your verdict on the facts as you find them to be from the evidence. The law does not permit you to consider any emotion such as sympathy, prejudice, fear, or hostility. Is there anybody here who feels that he or she cannot put these emotions out of his or her mind when deliberating on a verdict?

e. The United States must prove its case beyond a reasonable doubt, but not beyond all possible doubt. Does anyone disagree, and think that the United States' burden should be higher and to all possible doubt?

f. If the evidence showed beyond a reasonable doubt that a person committed a crime, would you have any difficulty returning a guilty verdict based on your beliefs or your background? In other words, if the United States is able to prove the guilt of the defendants beyond a reasonable doubt, would you be able to vote to find the defendant guilty?

2. **EXPERIENCES WITH LAW ENFORCEMENT**

a. Have you, your spouse, or any of your close relatives or friends, ever had any dealings or involvement with the Federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (sometimes referred to as "ATF"), the Department of Justice, Miami-Dade Police Department, or any other federal, state or local law enforcement agency?  If you have, were those dealings positive or negative?  Do

      you believe that would affect your ability to be a fair and impartial juror to both sides in this case?

  b. Have you, your spouse, or any of your close relatives or friends, ever had a serious dispute with any other federal, state, or city governmental or regulatory agency? If you did, please explain what it was. Do you believe that dispute would affect your ability to be a fair and impartial juror to both sides in this case?

  c. Have you, your spouse, or any of your close relatives or friends, ever been arrested, charged, convicted, or otherwise accused of any crime? If yes, please explain. Do you believe you or they were treated fairly? Do you believe that experience would affect your ability to be a fair and impartial juror to both sides in this case?

  d. Have you or any relative or friend ever been the victim of a crime? If yes, please explain. Were you satisfied with the handling of the matter by law enforcement? Do you believe that experience would affect your ability to be a fair and impartial juror to both sides in this case?

3. **POSSESSON OF FIREARMS/AMMUNITION AND FORENSIC EVIDENCE**

  a. Do you or does someone that you live with own a gun? If so, what kind of gun and for what purpose?

  b. Do you believe gun laws are unfair or enforced too strictly?

  c. Have you, a family member, or a close friend ever been arrested in connection with a firearm or weapon? If so, what were the circumstances?

  d. Under federal law, it is illegal for a felon to possess or attempt to purchase a firearm. Does anyone think that this law is misguided – that a felon should be permitted to own or possess firearms?

e. In this case, the defendant is charged with making a false statement to a federally licensed firearms dealer in connection with the purchase of a firearm, and also charged with causing a false statement to be made to the dealer in connection with the purchase of a firearm. Just hearing the charges, and knowing nothing else about this case, does anyone have any strong opinions at all about the charges that may interfere with their ability to sit as a fair and impartial juror in this case?

f. In this case, the false statement is alleged to have been made on a document known as an ATF Form 4473 that must be filled out in connection with the purchase of a firearm from a federally licensed firearms dealer. Does anyone have concerns about the fact that ATF requires firearms purchasers to fill out a Form 4473? Does anyone believe that there should be no restrictions on the purchase or sale of firearms? Does anyone believe that firearms sales should not be allowed? For prospective jurors with strong views on this issue, do you believe that those views would make it hard for you to be a fair and impartial juror for both the government and the defendant?

g. Have you or your spouse ever filled out an ATF Form 4473 in connection with the purchase of a firearm from a federally licensed firearms dealer? If yes, would anything about that experience or the experience of your spouse, affect your ability to be fair and impartial to both sides in this case?

h. You will receive instructions about the different types of evidence that in deliberating you can consider. You will also be instructed that you cannot consider anything that has not been admitted as evidence in this matter. Despite this

  instruction, will you require the parties to present a particular type of evidence, such as scientific or forensic evidence, before you decide guilt or innocence?

4. **PENALTIES/GUILT**

 a. You will not be advised of the potential penalties involved in this case and you should not try to speculate as to what those penalties may be when reaching your decision. Is there anyone who cannot render a decision in this case without knowing what the penalties for this defendant might be?

 b. Your duty, as jurors, is to judge guilt or innocence based upon the evidence. It is the duty of the judge to determine punishment if you vote guilty. The law does not permit you to consider the issue of punishment because there are factors having nothing to do with this trial that will determine lenience or harshness. However, some people believe that people should not be incarcerated for committing certain types of crimes. Does anyone believe that someone should never be incarcerated for making a false statement in connection with purchasing a firearm? More generally, does anyone believe that regardless of the evidence, they might vote "Not Guilty" simply because a conviction may result in a prison sentence, even though you do not know whether it will or not?

 c. Does any prospective juror have any religious, moral, philosophical or other beliefs which may prevent you from passing judgment on another person?

 d. If you were the Assistant United States Attorney charged with the responsibility of prosecuting this criminal case, or if you were the defendant, would you feel comfortable having someone like you as a juror? If no, please explain.

e. Is there anyone who would vote "Not Guilty" no matter what the evidence shows because this crime may result in a period of incarceration?

f. The law provides that the jury may not be governed by sympathy, prejudice, or public opinion. With this in mind, do any of you know any reason why you would be unable to give either the United States or the defendant a fair trial based solely on the evidence submitted at trial and the instructions given by the Court?

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Arielle Klepach
Assistant United States Attorney
Court ID No. A5502706
99 Northeast 4th Street
Miami, Florida 33132-2111
Phone: (305) 961-3272
E-mail: Arielle.klepach@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

By: _____

Arielle Klepach
Assistant United States Attorney