## CASE INFORMATION

**Court Case No.:** F10002497    **State Case No.:** 132010CF0024970001XX

**Name:** HOLLIE, SHAROD                              **Date of Birth:** 11/13/1988

**Date Filed:** 02/02/2010    **Date Closed:** 07/16/2014  **Warrant Type:**

**Assessment Amount:** $1,205.00  **Balance Due:** $1,205.00  **Stay Due Date:** 06/16/2019

**Hearing Date:** 03/28/2019    **Hearing Time:** 09:00    **Hearing Type:** R

**Court Room:** REGJB - JUSTICE BUILDING, ROOM No.: 2-4

**Address:** 1351 N.W. 12 ST

**Previous Case:**                    **Next Case:**

**Judge:** HERSCH, RICHARD              **Defense Attorney:** EBINC, NUR

**Bfile Section:** F013                **File Location:** COURT    **Box Number:**

## CHARGES

| Seq No. | Charge | Charge Type | Disposition |
|---------|--------|-------------|-------------|
| 1 | ATT FEL MUR/FA/DWEAP | FELONY | NOLLE PROS |
| 2 | BURGLARY/ASSLT/ARMED | FELONY | NOLLE PROS |
| 3 | BATTERY/AGG/ELDERLY | FELONY | CONV-PROB SPEC COND |
| 4 | PROTECTIVE INJ VIOL | MISDEMEANOR | CONV-PROB SPEC COND |
| 5 | CIVIL MOTION | CIVIL | CIV MOT ABAND-CLOSED |
| 7 | PROBATION VIOLATION | MISC HOLD | PROBATION MODIFIED |
| 9 | PROBATION VIOLATION | MISC HOLD | PROBATION MODIFIED |
| 10 | CIVIL MOTION | CIVIL | CIV MTN GRANTD-CLOSE |
| 11 | PROBATION VIOLATION | MISC HOLD | VOLUNTARILY WTHDRAWN |
| 12 | PROBATION VIOLATION | MISC HOLD | |
| 3 | DOM VIOL/INJUNC VIOL | MISDEMEANOR | NO ACTION |

## DOCKETS:

| Seq. No. | Date | Book/Page | Docket |
|----------|------|-----------|--------|

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 513 | 03/08/2019 | | REPORT RE: PROBATION HEARING SET FOR 04/08/2019 AT 09:15 |
| 512 | 03/08/2019 | | REPORT RE: PROB/VIOL-SOUNDING HEARING SET FOR 03/28/2019 AT 09:00 |
| 511 | 03/07/2019 | | REPORT RE: BOND REVIEW SET FOR 03/08/2019 AT 09:00 |
| 509 | 02/15/2019 | | VIOLATION OF PROBATION AFFIDAVIT FILED |
| 505 | 12/12/2018 | | TRIAL PROS. ASSIGNED: COOPER, ERICA |
| 504 | 12/10/2018 | | TRIAL PROS. ASSIGNED: HARTE, K PHILIP |
| 503 | 12/10/2018 | | DEFENSE ATTY PDEF/PUBLIC DEFENDER APPOINTMENT, AS |
| 500 | 12/07/2018 | | REPORT RE: PROB/VIOL-SOUNDING HEARING SET FOR 01/10/2019 AT 09:00 |
| 499 | 12/07/2018 | | REPORT RE: PLEA SET FOR 12/18/2018 AT 09:00 |
| 498 | 12/07/2018 | | WRITE-IN HEARING RECORDED ON 12/07/2018 AT 09:00 |
| 497 | 12/07/2018 | | DEFENSE ATTY PDEF/COBB, KEVIN |
| 496 | 12/07/2018 | | DEFENSE ATTY PDEF/COBB, KEVIN |
| 494 | 11/30/2018 | | VIOLATION OF PROBATION AFFIDAVIT FILED |
| 493 | 03/09/2018 | | ORDER: |
| 492 | 02/22/2018 | | TRIAL PROS. ASSIGNED: GUINN, ROBERT |
| 488 | 02/06/2018 | | REPORT RE: PLEA SET FOR 02/21/2018 AT 09:01 |
| 487 | 01/19/2018 | | DEFENSE ATTY PDEF/WEINTRAUB, DALIA |
| 486 | 01/11/2018 | | ORDER: FOR RUBIO TO ALLOW DEFT TO REMAIN IN DCF CUSTODY |
| 485 | 12/29/2017 | | ORDER: ADJUDING DEFT COMPETENT |
| 484 | 12/20/2017 | | DEFENSE ATTY PDEF/O'BRIEN, TARA L |
| 481 | 12/15/2017 | | MOTION TO/FOR: FOR DEF TO BE HELD IN A TREATMENT FACILITY |
| 479 | 12/06/2017 | | PSYCHOLOGICAL EVALUATION DR. SONIA RUIZ |
| 478 | 12/06/2017 | | PSYCHOLOGICAL EVALUATION DR. RALPH RICHARDSON |
| 477 | 12/06/2017 | | REPORT RE: BY CFS/HRS SET FOR 12/19/2017 AT 09:00 |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 475 | 11/16/2017 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR SONIA RUIZ |
| 474 | 11/16/2017 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR RALPH RICHARDSON |
| 473 | 11/16/2017 | | REPORT RE: PSYCHIATRIC EVAL SET FOR 12/06/2017 AT 09:00 |
| 472 | 11/15/2017 | | REPORT RE: BY CFS/HRS SET FOR 11/16/2017 AT 09:01 |
| 470 | 10/31/2017 | | FINAL ORDER CLOSING CIVIL CASE |
| 469 | 08/29/2017 | | NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING |
| 468 | 08/29/2017 | | PETITION FOR ORDER AUTHORIZING TREATMENT |
| 467 | 08/14/2017 | | DEFENSE ATTY PDEF/WEINTRAUB, DALIA |
| 466 | 08/04/2017 | | ORDER: ORDER COMMITTING DEFT FOR TREATMENT |
| 465 | 08/04/2017 | | ORDER: ORDER ADJUDGING DEFT INCOMPETENT |
| 464 | 08/01/2017 | | PSYCHOLOGICAL EVALUATION DR SONIA RUIZ |
| 462 | 07/18/2017 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR SONIA RUIZ |
| 461 | 07/18/2017 | | MOTION FOR EVALUATION FILED 07/18/2017 ORAL SET FOR 07/18/2017 AT 10:14 GRANTED |
| 459 | 07/18/2017 | | REPORT RE: PSYCHIATRIC EVAL SET FOR 08/01/2017 AT 09:00 |
| 458 | 07/17/2017 | | TRIAL PROS. ASSIGNED: HARTE, K PHILIP |
| 457 | 07/14/2017 | | REPORT RE: PLEA SET FOR 07/18/2017 AT 09:00 |
| 455 | 07/07/2017 | | REPORT RE: PLEA SET FOR 07/14/2017 AT 09:00 |
| 454 | 07/07/2017 | | DEFENSE ATTY PDEF/PUBLIC DEFENDER APPOINTMENT, AS |
| 453 | 07/05/2017 | | INTAKE UNIT ASSIGNED: FELONY DIVISION 13 |
| 452 | 07/05/2017 | | TRIAL PROS. ASSIGNED: MAULTASCH, LINDSEY |
| 451 | 07/05/2017 | | AFFIDAVIT FOR INDIGENT STATUS - INDIGENT |
| 450 | 07/05/2017 | | DEFENSE ATTY PDEF/ROGOFF, MATTHEW |
| 449 | 07/05/2017 | | REPORT RE: PLEA SET FOR 07/07/2017 AT 09:00 |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 447 | 06/08/2017 | | VIOLATION OF PROBATION AFFIDAVIT FILED |
| 446 | 10/29/2016 | | TRIAL PROS. ASSIGNED: GUINN, ROBERT |
| 445 | 10/18/2016 | | INTAKE UNIT ASSIGNED: FELONY DIVISION 03 |
| 444 | 10/18/2016 | | TRIAL PROS. ASSIGNED: ASA, DIVISION |
| 443 | 10/18/2016 | | REPORT RE: PLEA SET FOR 10/19/2016 AT 09:00 |
| 439 | 10/13/2016 | | DEFENSE ATTY PDEF/O'BRIEN, TARA L |
| 442 | 10/11/2016 | | ORDER: |
| 441 | 10/05/2016 | | PSYCHOLOGICAL EVALUATION DR SONIA RUIZ |
| 440 | 10/05/2016 | | PSYCHOLOGICAL EVALUATION DR JOSE DERGAN |
| 436 | 10/05/2016 | | REPORT RE: PLEA SET FOR 10/18/2016 AT 09:00 |
| 435 | 10/05/2016 | | REPORT RE: PROB/COM CONTROL VIOL SET FOR 10/18/2016 AT 09:00 |
| 428 | 09/23/2016 | | REPORT RE: PLEA SET FOR 10/05/2016 AT 09:00 |
| 427 | 09/23/2016 | | REPORT RE: BY CFS/HRS SET FOR 10/05/2016 AT 09:00 |
| 430 | 09/21/2016 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR. SONIA RUIZ |
| 429 | 09/21/2016 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR.JOSE DERGAN |
| 425 | 09/21/2016 | | REPORT RE: PLEA SET FOR 09/23/2016 AT 09:00 |
| 426 | 09/20/2016 | | ORDER: TO RETURN PRISONER |
| 421 | 08/30/2016 | | LETTER FROM:- LETTER FROM DEFT |
| 420 | 08/24/2016 | | PETITION FOR ORDER AUTHORIZING TREATMENT |
| 419 | 08/24/2016 | | NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING |
| 418 | 08/15/2016 | | INTAKE UNIT ASSIGNED: FELONY MENTAL HEALTH |
| 417 | 08/15/2016 | | TRIAL PROS. ASSIGNED: SANDSTROM, JOANNA |
| 414 | 06/21/2016 | | DEFENSE ATTY PDEF/LALA, PREETI |
| 416 | 06/20/2016 | | ORDER: COMMIT DEFT FOR TREATMENT |
| 415 | 06/20/2016 | | ORDER ADJUDGING THE DEFENDANT INCOMPETENT |
| 413 | 06/10/2016 | | PSYCHOLOGICAL EVALUATION DR. SONIA RUIZ |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 412 | 06/10/2016 | | REPORT RE: PSYCHIATRIC EVAL SET FOR 06/14/2016 AT 09:00 |
| 410 | 05/27/2016 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR. SONIA RUIZ |
| 409 | 05/27/2016 | | REPORT RE: PSYCHIATRIC EVAL SET FOR 06/10/2016 AT 09:00 |
| 407 | 05/17/2016 | | LETTER FROM:- FROM DR.RALPH RICHARDSON |
| 406 | 05/17/2016 | | REPORT RE: PLEA SET FOR 05/27/2016 AT 09:00 |
| 405 | 05/05/2016 | | LETTER FROM:- FROM DR. RALPH RICHARDSON |
| 404 | 05/05/2016 | | PSYCHOLOGICAL EVALUATION DR. JOSE J DERGAN |
| 401 | 05/05/2016 | | REPORT RE: EVALUATION SET FOR 05/17/2016 AT 09:00 |
| 400 | 05/05/2016 | | REPORT RE: PLEA SET FOR 05/17/2016 AT 09:00 |
| 397 | 04/21/2016 | | REPORT RE: EVALUATION SET FOR 05/05/2016 AT 09:00 |
| 396 | 04/21/2016 | | REPORT RE: PLEA SET FOR 05/05/2016 AT 09:00 |
| 395 | 04/19/2016 | | REPORT RE: PLEA SET FOR 04/21/2016 AT 09:00 |
| 393 | 04/05/2016 | | REPORT RE: PLEA SET FOR 04/19/2016 AT 09:00 |
| 392 | 03/28/2016 | | TRIAL PROS. ASSIGNED: MORALES-GELLIS, RACHEL |
| 391 | 03/24/2016 | | DEFENSE ATTY PDEF/ODELL, JAMES |
| 390 | 03/16/2016 | | REPORT RE: PLEA SET FOR 03/18/2016 AT 09:00 |
| 386 | 03/09/2016 | | REPORT RE: PLEA SET FOR 03/16/2016 AT 09:01 |
| 385 | 02/22/2016 | | DEFENSE ATTY PDEF/PUBLIC DEFENDER APPOINTMENT, AS |
| 384 | 02/18/2016 | | AFFIDAVIT FOR INDIGENT STATUS - INDIGENT |
| 383 | 02/18/2016 | | DEFENSE ATTY PRAQ/AARON, ROBERT C |
| 382 | 02/18/2016 | | REPORT RE: ARR ON AFFDVT SET FOR 04/05/2016 AT 09:00 |
| 381 | 02/18/2016 | | REPORT RE: PLEA SET FOR 04/05/2016 AT 09:00 |
| 380 | 02/16/2016 | | REPORT RE: ARR ON AFFDVT SET FOR 02/18/2016 AT 09:00 |
| 379 | 02/16/2016 | | WRITE-IN HEARING RECORDED ON 02/16/2016 AT 09:00 |
| 376 | 02/04/2016 | | VIOLATION OF PROBATION AFFIDAVIT FILED |
| 375 | 08/21/2014 | 029284/02291 | JUDGMENT OF GUILT |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 374 | 07/18/2014 | | ORDER: AMENDED ORDER |
| 373 | 07/18/2014 | | ORDER: |
| 372 | 07/18/2014 | | MOTION TO MODIFY PROBATION/COMMUNITY CONTROL FILED 07/18/2014 ORAL SET FOR 07/18/2014 AT 10:53 GRANTED |
| 371 | 07/17/2014 | | REPORT RE: BY DEFENSE ATTORNEY SET FOR 07/18/2014 AT 09:00 |
| 370 | 07/17/2014 | | REPORT RE: PLEA SET FOR 07/18/2014 AT 09:00 |
| 369 | 07/16/2014 | | REPORT RE: BY DEFENSE ATTORNEY SET FOR 07/17/2014 AT 09:01 |
| 368 | 07/16/2014 | | SCORESHEET NOT SUBMITTED IN COURT |
| 367 | 07/16/2014 | | ORDER TERMINATING PRE-TRIAL RELEASE CONDITIONS |
| 366 | 07/16/2014 | | ORDER OF SUPERVISION 5 YEARS PROBATION |
| 364 | 07/16/2014 | | STAY GRANTED - DUE 06/16/2019 |
| 363 | 07/16/2014 | | MEMORANDUM OF COSTS AMOUNT 1205.00 |
| 360 | 07/16/2014 | | CLOSING JUDGE POOLER, TERESA MARY |
| 359 | 07/16/2014 | | CUS AMT/ 0 DISCHARGED 07/16/2014 POWER/ |
| 356 | 07/09/2014 | | ORDER: ORDER TO TRANSPORT |
| 355 | 07/09/2014 | | MOTION TO TRANSPORT FILED 07/09/2014 ORAL SET FOR 07/09/2014 AT 11:32 GRANTED |
| 354 | 07/09/2014 | | REPORT RE: PLEA SET FOR 07/16/2014 AT 09:00 |
| 350 | 06/17/2014 | | DEFENSE ATTY PDEF/AARON, ROBERT C |
| 349 | 06/17/2014 | | REPORT RE: PLEA SET FOR 07/09/2014 AT 09:00 |
| 347 | 06/10/2014 | | REPORT RE: PLEA SET FOR 06/17/2014 AT 09:00 |
| 345 | 06/03/2014 | | REPORT RE: PLEA SET FOR 06/10/2014 AT 09:00 |
| 344 | 05/30/2014 | | REPORT RE: PLEA SET FOR 06/03/2014 AT 09:00 |
| 342 | 05/20/2014 | | REPORT RE: PLEA SET FOR 05/30/2014 AT 09:00 |
| 340 | 04/29/2014 | | REPORT RE: PLEA SET FOR 05/20/2014 AT 09:00 |
| 338 | 04/22/2014 | | REPORT RE: PLEA SET FOR 04/29/2014 AT 09:00 |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 336 | 02/19/2014 | | MOTION FOR CONTINUANCE FILED 02/19/2014 ORAL SET FOR 02/19/2014 AT 11:57 GRANTED DEFS |
| 335 | 02/19/2014 | | REPORT RE: PLEA SET FOR 04/22/2014 AT 09:00 |
| 334 | 02/19/2014 | | TRIAL PROS. ASSIGNED: GUINN, ROBERT |
| 332 | 01/09/2014 | | TRIAL HEARING SCHEDULED FOR 03/31/2014 AT 09:00 TRIAL HEARING RESET |
| 331 | 01/09/2014 | | MOTION FOR CONTINUANCE FILED 01/09/2014 ORAL SET FOR 01/09/2014 AT 09:43 GRANTED STIP |
| 330 | 01/09/2014 | | REPORT RE: STATUS SET FOR 02/19/2014 AT 09:00 |
| 329 | 01/06/2014 | | DEFENSE ATTY PDEF/PARRADO, JENNIFER |
| 327 | 12/24/2013 | | E-SUBPOENA: ALEMAN, HECTOR ID: 030-07814 FOR: TRIAL ON 01/21/2014 AT 09:00 ISSUED BY: CJIS SENT: 12/24/2013 RECD/NOTFD: 12/24/2013 ACKN: 12/30/2013 S |
| 326 | 12/24/2013 | | E-SUBPOENA: MEDEROS, EDHY ID: 030-04850 FOR: TRIAL ON 01/21/2014 AT 09:00 ISSUED BY: CJIS SENT: 12/24/2013 RECD/NOTFD: 12/24/2013 ACKN: 12/30/2013 S |
| 325 | 12/24/2013 | | E-SUBPOENA: WILLIAMS JR, DAVID ID: 030-02058 FOR: TRIAL ON 01/21/2014 AT 09:00 ISSUED BY: CJIS SENT: 12/24/2013 RECD/NOTFD: 12/24/2013 ACKN: 01/06/2014 S |
| 324 | 12/24/2013 | | E-SUBPOENA: GARCIA, JAVIER ID: 030-01013 FOR: TRIAL ON 01/21/2014 AT 09:00 ISSUED BY: CJIS SENT: 12/24/2013 RECD/NOTFD: 12/24/2013 ACKN: 12/25/2013 S |
| 322 | 11/19/2013 | | TRIAL PROS. ASSIGNED: SALMAN, ABAD |
| 321 | 10/10/2013 | | DEFENSE ATTY PDEF/O'BRIEN, TARA L |
| 319 | 10/08/2013 | | INTAKE UNIT ASSIGNED: FELONY DIVISION 13 |
| 318 | 10/08/2013 | | TRIAL PROS. ASSIGNED: CONKLIN, JENNIE T |
| 317 | 10/08/2013 | | TRIAL PROS. ASSIGNED: ASA, DIVISION |
| 315 | 10/08/2013 | | REPORT RE: PLEA/SOUNDING SET FOR 01/09/2014 AT 09:00 |
| 320 | 10/02/2013 | | ORDER: ORDER TO TRANSPORT DEFT FOR A HEARING |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 310 | 09/27/2013 | | MOTION TO/FOR: DEFENDANT TO BE HELD ON A TREATMENT FACILTY |
| 308 | 09/25/2013 | | REPORT RE: STATUS SET FOR 10/08/2013 AT 09:00 |
| 307 | 09/17/2013 | | PSYCHOLOGICAL EVALUATION DR MORGAN |
| 305 | 09/17/2013 | | REPORT RE: STATUS SET FOR 09/25/2013 AT 09:00 |
| 304 | 09/12/2013 | | INTAKE UNIT ASSIGNED: FELONY MENTAL HEALTH |
| 303 | 09/12/2013 | | TRIAL PROS. ASSIGNED: SANDSTROM, JOANNA |
| 301 | 09/10/2013 | | REPORT RE: STATUS SET FOR 09/17/2013 AT 09:00 |
| 300 | 08/27/2013 | | PSYCHOLOGICAL EVALUATION DR. RALPHN RICHARDSON |
| 299 | 08/27/2013 | | PSYCHOLOGICAL EVALUATION DR. NELLIE HART |
| 298 | 08/27/2013 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR. MORGAN |
| 296 | 08/27/2013 | | REPORT RE: EVALUATION SET FOR 09/10/2013 AT 09:00 |
| 295 | 08/09/2013 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR RICHARDSON |
| 294 | 08/09/2013 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR. N.HART |
| 292 | 08/09/2013 | | REPORT RE: STATUS SET FOR 08/27/2013 AT 09:00 |
| 290 | 07/31/2013 | | REPORT RE: BY CFS/HRS SET FOR 08/09/2013 AT 09:00 |
| 288 | 06/14/2013 | | ORDER CONFIRMING GMS REPORT/ORDER FOR INVOLUNTARY TREATMENT |
| 287 | 06/14/2013 | | ORDER: CLOSING CIVIL CASE |
| 285 | 06/10/2013 | | NOTICE OF CHANGE OF ADDRESS OF REFERENCE TO GENERAL MASTER |
| 284 | 05/06/2013 | | PETITION FOR ORDER AUTHORIZING TREATMENT |
| 283 | 05/06/2013 | | NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING |
| 280 | 04/17/2013 | | DEFENSE ATTY PDEF/ELSNER, KATHERINE A |
| 282 | 04/16/2013 | | ORDER: COMMITTING DEFT FOR TREATMENT PURSUANT TO FLA STATE SECTION 916.13.. |
| 281 | 04/16/2013 | | ORDER ADJUDGING THE DEFENDANT INCOMPETENT |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 276 | 04/08/2013 | | PSYCHOLOGICAL EVALUATION DR RALPH RICHARDSON |
| 274 | 04/05/2013 | | REPORT RE: COMPETENCY HEARING SET FOR 04/12/2013 AT 09:00 |
| 273 | 04/04/2013 | | REPORT RE: PLEA SET FOR 04/05/2013 AT 09:01 |
| 272 | 03/25/2013 | | LETTER FROM:- CHRISTINA MORGAN |
| 271 | 03/25/2013 | | LETTER FROM:- DR. L LOBUGLIO-VIGIL |
| 270 | 03/25/2013 | | TRIAL HEARING SCHEDULED FOR 06/24/2013 AT 09:00 TRIAL HEARING RESET |
| 269 | 03/25/2013 | | MOTION FOR CONTINUANCE FILED 03/25/2013 ORAL SET FOR 03/25/2013 AT 10:38 GRANTED CRT |
| 267 | 03/21/2013 | | LETTER FROM:- LETTER FROM INSTITUTE OF WELLNESS |
| 266 | 03/21/2013 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR RALPH RICHARDSON |
| 265 | 03/21/2013 | | REPORT RE: STATUS SET FOR 03/25/2013 AT 09:00 |
| 263 | 03/05/2013 | | REPORT RE: STATUS SET FOR 03/21/2013 AT 09:00 |
| 260 | 03/04/2013 | | REPORT RE: EVALUATION SET FOR 03/21/2013 AT 09:00 |
| 259 | 02/21/2013 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR C. MORGAN |
| 258 | 02/21/2013 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR L LOBUGLIO VIGIL |
| 257 | 02/21/2013 | | TRIAL HEARING SCHEDULED FOR 06/17/2013 AT 09:00 TRIAL HEARING RESET |
| 256 | 02/21/2013 | | MOTION FOR CONTINUANCE FILED 02/21/2013 ORAL SET FOR 02/21/2013 AT 09:16 GRANTED DEFS |
| 254 | 02/04/2013 | | E-SUBPOENA: ALEMAN, HECTOR ID: 030-07814 FOR: TRIAL ON 03/04/2013 AT 09:00 ISSUED BY: CJIS SENT: 02/04/2013 RECD/NOTFD: 02/04/2013 ACKN: 02/04/2013 S |
| 253 | 02/04/2013 | | E-SUBPOENA: MEDEROS, EDHY ID: 030-04850 FOR: TRIAL ON 03/04/2013 AT 09:00 ISSUED BY: CJIS SENT: 02/04/2013 RECD/NOTFD: 02/04/2013 ACKN: 02/04/2013 S |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 252 | 02/04/2013 | | E-SUBPOENA: WILLIAMS JR, DAVID ID: 030-02058 FOR: TRIAL ON 03/04/2013 AT 09:00 ISSUED BY: CJIS SENT: 02/04/2013 RECD/NOTFD: 02/04/2013 ACKN: 02/23/2013 S |
| 251 | 02/04/2013 | | E-SUBPOENA: GARCIA, JAVIER ID: 030-01013 FOR: TRIAL ON 03/04/2013 AT 09:00 ISSUED BY: CJIS SENT: 02/04/2013 RECD/NOTFD: 02/04/2013 ACKN: 02/05/2013 S |
| 249 | 11/29/2012 | | TRIAL HEARING SCHEDULED FOR 03/04/2013 AT 09:00 TRIAL HEARING RESET |
| 248 | 11/29/2012 | | MOTION FOR CONTINUANCE FILED 11/29/2012 ORAL SET FOR 11/29/2012 AT 09:21 GRANTED DEFS |
| 247 | 11/29/2012 | | REPORT RE: PLEA/SOUNDING SET FOR 02/21/2013 AT 09:10 |
| 245 | 11/12/2012 | | E-SUBPOENA: ALEMAN, HECTOR ID: 030-07814 FOR: TRIAL ON 12/10/2012 AT 09:00 ISSUED BY: CJIS SENT: 11/12/2012 RECD/NOTFD: 11/12/2012 ACKN: 11/12/2012 S |
| 244 | 11/12/2012 | | E-SUBPOENA: MEDEROS, EDHY ID: 030-04850 FOR: TRIAL ON 12/10/2012 AT 09:00 ISSUED BY: CJIS SENT: 11/12/2012 RECD/NOTFD: 11/12/2012 ACKN: 11/12/2012 S |
| 243 | 11/12/2012 | | E-SUBPOENA: WILLIAMS JR, DAVID ID: 030-02058 FOR: TRIAL ON 12/10/2012 AT 09:00 ISSUED BY: CJIS SENT: 11/12/2012 RECD/NOTFD: 11/12/2012 ACKN: 11/17/2012 S |
| 242 | 11/12/2012 | | E-SUBPOENA: GARCIA, JAVIER ID: 030-01013 FOR: TRIAL ON 12/10/2012 AT 09:00 ISSUED BY: CJIS SENT: 11/12/2012 RECD/NOTFD: 11/12/2012 ACKN: 11/12/2012 S |
| 240 | 09/20/2012 | | ORDER: ORDER TO RETURN PRISONER |
| 239 | 09/14/2012 | | TRIAL PROS. ASSIGNED: CONKLIN, JENNIE T |
| 238 | 09/14/2012 | | DEFENSE ATTY PDEF/DRIMMER, COLETTE |
| 230 | 09/14/2012 | | REPORT RE: PLEA/SOUNDING SET FOR 11/29/2012 AT 09:10 |
| 229 | 09/12/2012 | | ORDER: ORDER ADJUDGING DEFT COMPETENT |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 228 | 09/12/2012 | | DEFENSE ATTY PDEF/O'BRIEN, TARA L |
| 225 | 09/07/2012 | | REPORT RE: BY DEFENSE ATTORNEY SET FOR 09/14/2012 AT 09:00 |
| 226 | 09/06/2012 | | ORDER: ORDER TO TRANSPORT |
| 224 | 09/06/2012 | | INTAKE UNIT ASSIGNED: FELONY DIVISION 13 |
| 223 | 09/06/2012 | | TRIAL PROS. ASSIGNED: ASA, DIVISION |
| 222 | 09/04/2012 | | PSYCHOLOGICAL EVALUATION |
| 221 | 09/04/2012 | | REPORT RE: EVALUATION SET FOR 09/07/2012 AT 09:00 |
| 216 | 08/28/2012 | | REPORT RE: EVALUATION SET FOR 09/04/2012 AT 09:05 |
| 219 | 08/24/2012 | | LETTER FROM:- LETTER FROM DR S ATIYA |
| 218 | 08/24/2012 | | LETTER FROM:- LETTER FROM DR N HART |
| 217 | 08/24/2012 | | PSYCHOLOGICAL EVALUATION DR LAZARO GARCIA |
| 215 | 08/20/2012 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR LAZARO GARCIA |
| 214 | 08/20/2012 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR SHATHA ATIYA |
| 212 | 08/09/2012 | | REPORT RE: EVALUATION SET FOR 08/28/2012 AT 09:05 |
| 211 | 08/07/2012 | | REPORT RE: STATUS SET FOR 08/09/2012 AT 09:06 |
| 210 | 06/07/2012 | | ORDER CONFIRMING GMS REPORT/ORDER FOR INVOLUNTARY TREATMENT |
| 209 | 06/07/2012 | | ORDER: CLOSING CIVIL CASE |
| 208 | 05/30/2012 | | ORDER: APPOINTING COUNSEL: PUBLIC DEFENDER |
| 207 | 05/29/2012 | | ORDER OF REFERENCE TO THE GENERAL MAGISTRATE |
| 206 | 05/21/2012 | | PETITION FOR ORDER AUTHORIZING TREATMENT |
| 205 | 05/21/2012 | | NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING |
| 203 | 02/15/2012 | | CUS AMT/ 0 ISSUED 02/15/2012 POWER/ |
| 204 | 02/13/2012 | | ORDER: ORDER COMMITTING DEFT TO FLA DEPT OF CHILDREN AND FAMILIES |
| 202 | 02/07/2012 | | DEFENSE ATTY PDEF/PEREIRA, EDUARDO X |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 201 | 02/07/2012 | | PSYCHOLOGICAL EVALUATION DR SHATHA ATIYA |
| 200 | 01/17/2012 | | PSYCHOLOGICAL EVALUATION DR LAZARO GARCIA |
| 199 | 01/17/2012 | | PSYCHOLOGICAL EVALUATION DR NELLIE HART |
| 198 | 01/17/2012 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR ATIYA |
| 195 | 01/17/2012 | | REPORT RE: BY CFS/HRS SET FOR 02/07/2012 AT 09:06 |
| 194 | 01/17/2012 | | REPORT RE: EVALUATION SET FOR 02/07/2012 AT 09:06 |
| 193 | 01/04/2012 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR LAZARO GARCIA |
| 192 | 01/04/2012 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR NELLIE HART |
| 187 | 01/04/2012 | | REPORT RE: BY CFS/HRS SET FOR 01/17/2012 AT 09:06 |
| 186 | 01/04/2012 | | REPORT RE: EVALUATION SET FOR 01/17/2012 AT 09:06 |
| 185 | 01/03/2012 | | REPORT RE: BY CFS/HRS SET FOR 01/04/2012 AT 09:00 |
| 180 | 12/02/2011 | | TRIAL UNIT ASSIGNED: FELONY MENTAL HEALTH |
| 178 | 11/17/2011 | | REPORT RE: BY DEFENSE ATTORNEY SET FOR 11/18/2011 AT 09:20 |
| 177 | 11/15/2011 | | ORDER: ORDER TO TRANSPORT |
| 176 | 11/15/2011 | | ORDER: ORDER GRANTING DEFT A CONDITIONAL RELEASE |
| 175 | 11/15/2011 | | REPORT RE: STATUS SET FOR 12/12/2011 AT 09:05 |
| 174 | 11/15/2011 | | MOTION TO TRANSPORT FILED 11/15/2011 ORAL SET FOR 11/15/2011 AT 10:53 GRANTED |
| 172 | 11/02/2011 | | REPORT RE: STATUS SET FOR 11/15/2011 AT 09:06 |
| 171 | 10/17/2011 | | AMENDED DISCOVERY BRADY MATERIAL |
| 169 | 10/07/2011 | | REPORT RE: STATUS SET FOR 11/02/2011 AT 09:06 |
| 168 | 10/05/2011 | | REPORT RE: STATUS SET FOR 10/07/2011 AT 09:06 |
| 166 | 09/21/2011 | | REPORT RE: STATUS SET FOR 10/05/2011 AT 09:06 |
| 164 | 09/07/2011 | | REPORT RE: STATUS SET FOR 09/21/2011 AT 09:06 |
| 163 | 08/25/2011 | | TRIAL PROS. ASSIGNED: SANDSTROM, JOANNA |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 161 | 08/19/2011 | | REPORT RE: STATUS SET FOR 09/07/2011 AT 09:06 |
| 159 | 07/28/2011 | | PSYCHOLOGICAL EVALUATION DR SHATHA ATIYA |
| 158 | 07/28/2011 | | REPORT RE: COMPETENCY HEARING SET FOR 08/19/2011 AT 10:00 |
| 157 | 07/14/2011 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS SHATHA ATIYA |
| 155 | 07/14/2011 | | REPORT RE: EVALUATION SET FOR 07/28/2011 AT 09:05 |
| 153 | 06/30/2011 | | MOTION FOR CONTINUANCE FILED 06/30/2011 ORAL SET FOR 06/30/2011 AT 11:04 GRANTED DEFS |
| 152 | 06/30/2011 | | REPORT RE: EVALUATION SET FOR 07/14/2011 AT 09:05 |
| 150 | 06/10/2011 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR LAZARO GARCIA |
| 149 | 06/10/2011 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR NELLIE HART |
| 147 | 06/10/2011 | | REPORT RE: EVALUATION SET FOR 06/30/2011 AT 09:05 |
| 146 | 06/07/2011 | | E-SUBPOENA: ALEMAN, HECTOR ID: 030-07814 FOR: TRIAL ON 07/05/2011 AT 09:00 ISSUED BY: CJIS SENT: 06/07/2011 RECD/NOTFD: 06/07/2011 ACKN: 06/07/2011 S |
| 145 | 06/07/2011 | | E-SUBPOENA: MEDEROS, EDHY ID: 030-04850 FOR: TRIAL ON 07/05/2011 AT 09:00 ISSUED BY: CJIS SENT: 06/07/2011 RECD/NOTFD: 06/07/2011 ACKN: 06/07/2011 S |
| 144 | 06/07/2011 | | E-SUBPOENA: WILLIAMS JR, DAVID ID: 030-02058 FOR: TRIAL ON 07/05/2011 AT 09:00 ISSUED BY: CJIS SENT: 06/07/2011 RECD/NOTFD: 06/07/2011 ACKN: 06/10/2011 S |
| 143 | 06/07/2011 | | E-SUBPOENA: GARCIA, JAVIER ID: 030-01013 FOR: TRIAL ON 07/05/2011 AT 09:00 ISSUED BY: CJIS SENT: 06/07/2011 RECD/NOTFD: 06/07/2011 ACKN: 06/07/2011 S |
| 140 | 05/27/2011 | | REPORT RE: BY DEFENSE ATTORNEY SET FOR 06/10/2011 AT 09:05 |
| 139 | 05/27/2011 | | REPORT RE: EVALUATION SET FOR 06/10/2011 AT 09:05 |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 138 | 05/16/2011 | | NOTICE OF HEARING MTN FOR CONTINUANCE |
| 137 | 05/16/2011 | | TRIAL HEARING SCHEDULED FOR 07/05/2011 AT 09:00 TRIAL HEARING RESET |
| 136 | 05/16/2011 | | MOTION FOR CONTINUANCE FILED 05/16/2011 ORAL SET FOR 05/16/2011 AT 11:20 GRANTED DEFS |
| 134 | 04/18/2011 | | E-SUBPOENA: ALEMAN, HECTOR ID: 030-07814 FOR: TRIAL ON 05/16/2011 AT 09:00 ISSUED BY: CJIS SENT: 04/18/2011 RECD/NOTFD: 04/18/2011 ACKN: 04/19/2011 S |
| 133 | 04/18/2011 | | E-SUBPOENA: MEDEROS, EDHY ID: 030-04850 FOR: TRIAL ON 05/16/2011 AT 09:00 ISSUED BY: CJIS SENT: 04/18/2011 RECD/NOTFD: 04/18/2011 ACKN: 04/18/2011 S SENT: RECD/NOTFD: ACKN: 05/11/2011 S |
| 132 | 04/18/2011 | | E-SUBPOENA: WILLIAMS JR, DAVID ID: 030-02058 FOR: TRIAL ON 05/16/2011 AT 09:00 ISSUED BY: CJIS SENT: 04/18/2011 RECD/NOTFD: 04/18/2011 ACKN: 04/22/2011 S |
| 131 | 04/18/2011 | | E-SUBPOENA: GARCIA, JAVIER ID: 030-01013 FOR: TRIAL ON 05/16/2011 AT 09:00 ISSUED BY: CJIS SENT: 04/18/2011 RECD/NOTFD: 04/18/2011 ACKN: 04/19/2011 S |
| 130 | 04/14/2011 | | TRIAL HEARING SCHEDULED FOR 05/16/2011 AT 09:00 TRIAL HEARING RESET |
| 129 | 04/14/2011 | | MOTION FOR CONTINUANCE FILED 04/14/2011 ORAL SET FOR 04/14/2011 AT 10:09 GRANTED DEFS |
| 127 | 03/28/2011 | | E-SUBPOENA: ALEMAN, HECTOR ID: 030-07814 FOR: TRIAL ON 04/25/2011 AT 09:00 ISSUED BY: CJIS SENT: 03/28/2011 RECD/NOTFD: 03/28/2011 ACKN: 03/31/2011 S |
| 126 | 03/28/2011 | | E-SUBPOENA: MEDEROS, EDHY ID: 030-04850 FOR: TRIAL ON 04/25/2011 AT 09:00 ISSUED BY: CJIS SENT: 03/28/2011 RECD/NOTFD: 03/28/2011 ACKN: 03/28/2011 S |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 125 | 03/28/2011 | | E-SUBPOENA: WILLIAMS JR, DAVID ID: 030-02058 FOR: TRIAL ON 04/25/2011 AT 09:00 ISSUED BY: CJIS SENT: 03/28/2011 RECD/NOTFD: 03/28/2011 ACKN: 03/28/2011 S |
| 124 | 03/28/2011 | | E-SUBPOENA: GARCIA, JAVIER ID: 030-01013 FOR: TRIAL ON 04/25/2011 AT 09:00 ISSUED BY: CJIS SENT: 03/28/2011 RECD/NOTFD: 03/28/2011 ACKN: 03/29/2011 S SENT: RECD/NOTFD: ACKN: 03/29/2011 S |
| 122 | 03/03/2011 | | TRIAL HEARING SCHEDULED FOR 04/25/2011 AT 09:00 TRIAL HEARING RESET |
| 121 | 03/03/2011 | | MOTION FOR CONTINUANCE FILED 03/03/2011 ORAL SET FOR 03/03/2011 AT 09:35 GRANTED STIP |
| 120 | 03/03/2011 | | REPORT RE: PLEA/SOUNDING SET FOR 04/14/2011 AT 09:10 |
| 118 | 02/14/2011 | | E-SUBPOENA: ALEMAN, HECTOR ID: 030-07814 FOR: TRIAL ON 03/14/2011 AT 09:00 ISSUED BY: CJIS SENT: 02/14/2011 RECD/NOTFD: 02/14/2011 ACKN: 02/14/2011 S |
| 117 | 02/14/2011 | | E-SUBPOENA: MEDEROS, EDHY ID: 030-04850 FOR: TRIAL ON 03/14/2011 AT 09:00 ISSUED BY: CJIS SENT: 02/14/2011 RECD/NOTFD: 02/14/2011 ACKN: 02/14/2011 S |
| 116 | 02/14/2011 | | E-SUBPOENA: WILLIAMS JR, DAVID ID: 030-02058 FOR: TRIAL ON 03/14/2011 AT 09:00 ISSUED BY: CJIS SENT: 02/14/2011 RECD/NOTFD: 02/14/2011 ACKN: 02/14/2011 S |
| 115 | 02/14/2011 | | E-SUBPOENA: GARCIA, JAVIER ID: 030-01013 FOR: TRIAL ON 03/14/2011 AT 09:00 ISSUED BY: CJIS SENT: 02/14/2011 RECD/NOTFD: 02/14/2011 ACKN: 02/15/2011 S |
| 104 | 02/02/2011 | | REPORT RE: PLEA/SOUNDING SET FOR 03/03/2011 AT 09:10 |
| 112 | 01/04/2011 | | TRIAL PROS. ASSIGNED: CONKLIN, JENNIE T |
| 113 | 12/15/2010 | | ORDER ADJUDGING THE DEFENDANT COMPETENT |
| 111 | 12/13/2010 | | DEFENSE ATTY PDEF/LONDON, MICHELLE A |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 110 | 12/09/2010 | | PSYCHOLOGICAL EVALUATION DR. NELLIE HART |
| 105 | 12/09/2010 | | TRIAL HEARING SCHEDULED FOR 03/14/2011 AT 09:00 |
| 103 | 12/03/2010 | | LETTER FROM:- LETTER FROM DR NELLIE HART |
| 102 | 12/03/2010 | | PSYCHOLOGICAL EVALUATION DR LAZARO GARCIA |
| 100 | 12/03/2010 | | REPORT RE: EVALUATION SET FOR 12/09/2010 AT 09:36 |
| 98 | 11/19/2010 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR NELLIE HART |
| 97 | 11/19/2010 | | ORD TO APPT & PAY EXPT FOR COMP EVAL OF DEF FOR MNTL ILLNESS DR LAZARO GARCIA |
| 95 | 11/19/2010 | | REPORT RE: EVALUATION SET FOR 12/03/2010 AT 09:36 |
| 91 | 09/03/2010 | | DEFENSE ATTY PDEF/PEREIRA, EDUARDO X |
| 90 | 08/31/2010 | | PSYCHOLOGICAL EVALUATION DR LAZARO GARCIA |
| 88 | 08/16/2010 | | ORDER APPOINTING EXPERT TO DETERMINE COMPETENCY DR. LAZARO GARCIA |
| 87 | 08/16/2010 | | PSYCHOLOGICAL EVALUATION DR NELLIE HART |
| 86 | 08/16/2010 | | MOTION FOR CONTINUANCE FILED 08/16/2010 ORAL SET FOR 08/16/2010 AT 10:46 GRANTED DEFS |
| 85 | 08/16/2010 | | REPORT RE: EVALUATION SET FOR 08/31/2010 AT 09:35 |
| 84 | 08/05/2010 | | E-SUBPOENA: ALEMAN, HECTOR ID: 030-07814 FOR: TRIAL ON 08/16/2010 AT 09:30 ISSUED BY: CJIS SENT: 08/05/2010 RECD/NOTFD: 08/05/2010 ACKN: 08/06/2010 S |
| 83 | 08/05/2010 | | E-SUBPOENA: WILLIAMS JR, DAVID ID: 030-02058 FOR: TRIAL ON 08/16/2010 AT 09:30 ISSUED BY: CJIS SENT: 08/05/2010 RECD/NOTFD: 08/05/2010 ACKN: S |
| 81 | 07/19/2010 | | E-SUBPOENA: MEDEROS, EDHY ID: 030-04850 FOR: TRIAL ON 08/16/2010 AT 09:30 ISSUED BY: CJIS SENT: 07/19/2010 RECD/NOTFD: 07/19/2010 ACKN: 07/19/2010 S |
| 80 | 07/19/2010 | | E-SUBPOENA: GARCIA, JAVIER ID: 030-01013 FOR: TRIAL ON 08/16/2010 AT 09:30 ISSUED BY: CJIS SENT: 07/19/2010 RECD/NOTFD: 07/19/2010 ACKN: 07/23/2010 S |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 79 | 07/16/2010 | | DEPOSITION OF: OFC. DAVID ALBURY |
| 78 | 07/16/2010 | | DEPOSITION OF: OFC. JEAN DUCTEUR |
| 77 | 07/02/2010 | | DEPOSITION OF: WANDA BROOKS |
| 76 | 07/02/2010 | | DEPOSITION OF: KATHERINE WATSON |
| 75 | 07/02/2010 | | DEPOSITION OF: JORGE MARTINEZ |
| 74 | 07/02/2010 | | DEPOSITION OF: ZACHERY RICHARDSON |
| 73 | 05/14/2010 | | NOTICE OF TAKING DEPOSITION |
| 72 | 04/16/2010 | | DEPOSITION OF: OFFICER EDHY MEDEROS |
| 71 | 04/12/2010 | | AMENDED DISCOVERY |
| 70 | 04/12/2010 | | TRIAL HEARING SCHEDULED FOR 08/16/2010 AT 09:30 |
| 69 | 04/01/2010 | | AMENDED DISCOVERY EXHIBIT |
| 66 | 04/01/2010 | | MOTION TO/FOR: MTN TO COMPEL FURTHER DISCOVERY |
| 65 | 04/01/2010 | | MOTION TO/FOR: MTN TO CORRECTLY CLASSIFY A YET TO BE LISTED WITNESS AS AN A WITNESS |
| 64 | 04/01/2010 | | MOTION FOR CONTINUANCE FILED 04/01/2010 ORAL SET FOR 04/01/2010 AT 11:06 GRANTED STIP |
| 63 | 04/01/2010 | | REPORT RE: TRIAL DATE SET FOR 04/12/2010 AT 09:33 |
| 62 | 04/01/2010 | | REPORT RE: DISCOVERY SET FOR 04/12/2010 AT 09:33 |
| 61 | 03/24/2010 | | AMENDED DISCOVERY |
| 60 | 03/24/2010 | | NOTICE OF TAKING DEPOSITION |
| 58 | 03/15/2010 | | E-SUBPOENA: MEDEROS, EDHY ID: 030-04850 FOR: TRIAL ON 04/12/2010 AT 09:30 ISSUED BY: CJIS SENT: 03/15/2010 RECD/NOTFD: 03/15/2010 ACKN: 03/15/2010 |
| 57 | 03/15/2010 | | E-SUBPOENA: GARCIA, JAVIER ID: 030-01013 FOR: TRIAL ON 04/12/2010 AT 09:30 ISSUED BY: CJIS SENT: 03/15/2010 RECD/NOTFD: 03/15/2010 ACKN: 03/15/2010 |
| 55 | 03/01/2010 | | DEFENSE ATTY PDEF/TAYLOR, STEPHEN ERIK |
| 54 | 02/23/2010 | | TRIAL PROS. ASSIGNED: CHATTAH, MARC |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 53 | 02/18/2010 | | DEFENSE ATTY PDEF/PUBLIC DEFENDER APPOINTMENT, AS |
| 52 | 02/16/2010 | | DISCOVERY RESP: STATE'S DEMAND FOR DISCOVERY & DEMAND FOR AL |
| 51 | 02/16/2010 | | TRIAL PROS. ASSIGNED: MOORE, TIMOTHY |
| 50 | 02/16/2010 | | TRIAL UNIT ASSIGNED: FELONY DIVISION 13 |
| 49 | 02/16/2010 | | TRIAL PROS. ASSIGNED: MOORE, TIMOTHY |
| 47 | 02/16/2010 | | REPORT RE: PLEA/SOUNDING SET FOR 04/01/2010 AT 10:00 |
| 46 | 02/16/2010 | | INFORMATION FILED |
| 45 | 02/12/2010 | | INTAKE UNIT ASSIGNED: FELONY CHIEF |
| 42 | 02/03/2010 | | ACKNOWLEDGMENT OF APPOINTMENT & WRITTEN PLEA OF NOT GUILTY |
| 44 | 02/02/2010 | | AFFIDAVIT FOR INDIGENT STATUS - INDIGENT |
| 41 | 02/02/2010 | | ATTORNEY TYPE APPOINTED AT BOND HEARING PUBLIC DEFENDER |
| 40 | 02/02/2010 | | FIRST APPEARANCE/BOND HEARING - A.M. |
| 39 | 02/02/2010 | | ATTORNEY TYPE APPOINTED AT BOND HEARING PUBLIC DEFENDER |
| 38 | 02/02/2010 | | STAY AWAY ORDER - PRE TRIAL CONDITIONAL BOB HOLLIE |
| 37 | 02/01/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 35 | 02/01/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 34 | 02/01/2010 | | FIRST APPEARANCE/BOND HEARING - P.M. |
| 33 | 02/01/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 32 | 02/01/2010 | | FIRST APPEARANCE/BOND HEARING - A.M. |
| 31 | 01/31/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 30 | 01/31/2010 | | FIRST APPEARANCE/BOND HEARING - P.M. |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 29 | 01/30/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 28 | 01/30/2010 | | FIRST APPEARANCE/BOND HEARING - P.M. |
| 27 | 01/29/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 26 | 01/29/2010 | | FIRST APPEARANCE/BOND HEARING - P.M. |
| 25 | 01/29/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 24 | 01/29/2010 | | FIRST APPEARANCE/BOND HEARING - A.M. |
| 23 | 01/28/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 22 | 01/28/2010 | | FIRST APPEARANCE/BOND HEARING - P.M. |
| 21 | 01/28/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 20 | 01/28/2010 | | FIRST APPEARANCE/BOND HEARING - A.M. |
| 18 | 01/27/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 17 | 01/27/2010 | | FIRST APPEARANCE/BOND HEARING - P.M. |
| 1 | 01/27/2010 | | ARRAIGNMENT HEARING SCHEDULED FOR 02/16/2010 AT 09:30 |
| 16 | 01/27/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 15 | 01/27/2010 | | FIRST APPEARANCE/BOND HEARING - A.M. |
| 13 | 01/26/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 12 | 01/26/2010 | | FIRST APPEARANCE/BOND HEARING - P.M. |
| 11 | 01/26/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 10 | 01/26/2010 | | FIRST APPEARANCE/BOND HEARING - A.M. |
| 9 | 01/26/2010 | | INTAKE PROS. ASSIGNED: MOORE, TIMOTHY |
| 8 | 01/26/2010 | | JUDGE WARD, DIANE ASSIGNED-SECTION F013 |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 7 | 01/25/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 6 | 01/25/2010 | | FIRST APPEARANCE/BOND HEARING - P.M. |
| 5 | 01/25/2010 | | FIRST APPEARANCE/BOND HEARING/RESET: BOND HEARING |
| 4 | 01/25/2010 | | FIRST APPEARANCE/BOND HEARING - A.M. |
| 3 | 01/24/2010 | | FIRST APPEARANCE/BOND HEARING - P.M. |
| 2 | 01/24/2010 | | DEFN STREET CHANGED BY FINALIST PURSUANT TO BOOKING |