| | | | |
|---|---|---|---|
| X THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | | |
| DIVISION<br>X CRIMINAL<br>☐ TRAFFIC<br>☐ | ORDER ADJUDGING DEFENDANT<br>X COMPETENT<br>☐ INCOMPETENT | | CASE NUMBER<br>F10-2497 |
| THE STATE OF FLORIDA | VS. | | CLOCK IN |
| PLAINTIFF | SHAROD HOLLIE<br>DEFENDANT | | FILED FOR RECORD |

THIS CAUSE **HAVING COME TO BE HEARD** upon Motion properly made before the Court and the Court having examined the evidence presented, and the Court being fully advised in the premises, therefore

IT IS THE FINDING OF THE COURT that the Defendant __SHAROD HOLLIE__
Is now __COMPETENT__.

IT IS THEREFORE ADJUDGED that the aforesaid Defendant is now __COMPETENT TO STAND TRIAL__.

DONE AND ORDERED at Miami, Florida, this __22__ of __DECEMBER__ 2017.

***NUNC PRO TUNC TO DECEMBER 19, 2017

STATE OF FLORIDA, COUNTY OF DADE
HEREBY CERT...
JAN 18 2018
HARVEY RUVIN
Deputy Clerk
DARLISSA STEPHENS 6304

JUDGE
TERESA POOLER